**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors. | ) | |
| EDWIN K. PALMER AS TRUSTEE FOR | ) | |
| THE ESTATE OF MICHAEL LEE | ) | |
| MORGAN AND ANGELA ELLEN | ) | ADVERSARY PROCEEDING NO. |
| MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, AS TRUSTEE TO THE | ) | |
| INDYMAC INDX MORTGAGE LOAN | ) | |
| TRUST 2004-AR10, MORTGAGE PASS- | ) | |
| THROUGH CERTIFICATES, SERIES 2004- | ) | |
| AR10 UNDER THE POOLING AND | ) | |
| SERVICING AGREEMENT DATED | ) | |
| SEPTEMBER 1, 2004, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT TO SELL JOINTLY HELD PROPERTY**
**PURSUANT TO 11 U.S.C. § 363**

COMES NOW Plaintiff Edwin K. Palmer as Trustee for the Estate of Michael Lee

Morgan and Angela Ellen Morgan who files this Complaint and respectfully shows the

following:

1.

On October 13, 2016, Michael Lee Morgan and Angela Ellen Morgan ("Debtors") filed

-1-

their voluntary Chapter 7 petition in the United States Bankruptcy Court for Northern District of

Georgia, Atlanta Division.  Debtors' case is pending under case no. 16-68329-LRC.

2.

Jurisdiction of this proceeding is conferred upon this Court pursuant to the provisions of

28 U.S.C. § 157 and 28 U.S.C. § 1334.  Plaintiff consents to the entry of a final judgment by the

Bankruptcy Court.

3.

This action is a core proceeding pursuant to 28 U.S.C. §157.

4.

Plaintiff is the duly qualified and acting trustee authorized to bring this action pursuant to

11 U.S.C. §323.

5.

Venue is proper in this case pursuant to the provisions of 28 U.S.C. §1409.

6.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee to the Indymac INDX

Mortgage Loan Trust 2004-AR10, Mortgage Pass-Through Certificates  Series 2004-AR10 under

the Pooling and Servicing Agreement Dated September 1, 2004 ("Defendant") is subject to the

jurisdiction of this Court and may be served in care of its attorneys Monica K. Gilroy and Kelsea

L. S. Laun at Gilroy Bailey Trumble, LLC, 3780 Mansell Road, Suite 140, Alpharetta, GA

30022.  Defendant may also be served c/o its CEO at the place where it regularly conducts

business 1761 East St. Andrew Place, Santa Ana, CA 92705-4934.  Defendant may also be

served c/o its CEO at the place where it regularly conducts business  3 Park Plaza 16th Floor,

Irvine, CA 92614.

7.

Debtors, (therefore this estate), have an interest in real property commonly known as 110

Addison Court, Roswell, Fulton County, Georgia, 30075.  The real property is more particularly

described in Exhibit "A" attached hereto and incorporated herein by this reference (the

"Property").  The property is co-owned by the estate and Defendant.

8.

Partition in kind of the Property between Plaintiff and the Defendant is impracticable.

9.

Sale of the estate's undivided interest in the Property would realize significantly less for

the estate than the sale of the Property free and clear of the interest of the Defendant.

10.

The benefit to the estate of the sale of the Property free and clear of the interest of the

Defendant outweighs the detriment to the Defendant of the sale.

11.

The Property is not used in the production, transmission, or distribution, for sale of

electric energy or of natural or synthetic gas for heat, light or power.

12.

Applicable non-bankruptcy law permits the sale of the Property free and clear of the

interest of the Defendant.  Alternatively, the Defendant could be compelled in a legal or equitable

proceeding to accept a money satisfaction of its claim.  Accordingly, pursuant to 11 U.S.C. §363,

the Court should authorize the sale of the Property, free and clear of the claims of the Defendant.

WHEREFORE, Plaintiff prays that:

a)      Process issue and Defendant be served as provided by law;

b)      Pursuant to 11 U.S.C. § 363, the Court enter a Judgment authorizing Plaintiff to

sell the interest of the estate and the interest of the Defendant in the Property;

c)      All costs be cast upon the Defendant; and

d)      The Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 14th day of September, 2017.


*/s/ W. Russell Patterson, Jr.*
W. Russell Patterson Jr.
Georgia Bar No. 566920
Attorney for Plaintiff

Ragsdale, Beals, Seigler, Patterson & Gray LLP
2400 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia 30303-1629
(404) 588-0500
(404) 523-6714 (Fax)
wrpjr@rbspg.com

-4-

EXHIBIT"A"

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 1078 OF THE 2ND DISTRICT, 2ND SECTION, FULTON COUNTY, GEORGIA, BEING LOT 13, BLOCK H, UNIT THREE, PHASE ONE OF LITCHFIELD HUNDRED SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 152, PAGE 28, FULTON COUNTY, GEORGIA RECORDS, WHICH PLAT IS INCORPORATED HEREIN BY REFERENCE AND MADE A PART HEREOF.

COMMONLY KNOWN AS 110 ADDISON COURT, ROSWELL, GEORGIA 30075

TAX PARCEL NO. 22-3311-1078-024-7