UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-68329-LRC |
| ) | |
| MICHAEL LEE MORGAN and ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, ) | |
| ) | |
|    Debtors ) | |

**TRUSTEE'S APPLICATION FOR APPOINTMENT**
**OF SPECIAL COUNSEL FOR TRUSTEE**

TO:   THE HONORABLE LISA RITCHEY CRAIG
        UNITED STATES BANKRUPTCY JUDGE

COPY TO:   UNITED STATES TRUSTEE

Edwin K. Palmer, Trustee, respectfully represents:

1.

Trustee is the duly appointed and acting Trustee herein, and seeks authorization to employ J. Mike Williams and his law firm of Fowler, Hein, Cheatwood & Williams P.A. ("Fowler") as special counsel for the Trustee in these proceedings.

2.

Fowler consists of attorneys admitted to practice in this Court who have particular knowledge and extensive experience in state court dispossessory proceedings and who are well qualified to represent your Trustee.

3.

The professional services to be rendered for which it is necessary to retain special counsel include filing a Fulton County dispossessory proceeding for the estate's real estate located at 110 Addison Court, Roswell, Georgia 30075 (the "Property").  Specifically, the estate intends to sell

the Property, and the Debtors refuse to vacate the Property. The Debtors have paid no rent to the estate. Moreover, the estate's real estate agent advises that the Property will most likely attract more buyers if the Debtors are no longer there.

4.

Fowler would represent the Trustee for a flat fee of $350.00 (including costs) for a simple dispossessory. Should complications arise, Fowler would operate under a general retainer, with statements for services rendered reflecting the applicable hourly charges of the firm. Those hourly rates are $235.00 per hour for partners (this is Mr. Williams' rate, and he will be fully in charge of this project for the trustee), $195.00 for associates, and $135.00 per hour for paralegals.

A statement outlining reasons suggesting the specific need for employing Fowler is referenced in paragraph 3 herein. Moreover, these rates are significantly more favorable to the estate than Trustee's current counsel, Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("RBSPG"). Moreover, Fowler has extensive expertise in state court dispossessory proceedings, and RBSPG does not.

5.

To the best of the Trustee's knowledge, neither Fowler nor any partner or associate of said firm represents any interest adverse to the Trustee or this estate in the matters upon which they would be engaged.

6.

It is Applicant's belief that the appointment of Fowler as special counsel for the trustee will be in the best interest of the estate and its creditors.

Respectfully submitted this 4TH day of October, 2017.

                                                               */s/ W. Russell Patterson, Jr.*
                                                              W. Russell Patterson, Jr.
                                                              Georgia Bar No. 566920
                                                              Attorney for Trustee

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree St. NE
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (fax)
E-mail: wrpjr@rbspg.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors | ) | |

**VERIFIED STATEMENT OF J. MICHAEL WILLIAMS
PURSUANT TO FED.R.BANKR.P. 2014 (a), IN SUPPORT
OF APPLICATION TO EMPLOY FOWLER, HEIN, CHEATWOOD
& WILLIAMS, P.A. AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE**

Affiant hereby makes solemn oath:

1. My name is J. Michael Williams, and I am over the age of 18 years old. I am a duly licensed attorney at law, engaged in the full time practice of law and make this affidavit of my own personal knowledge and in support of Trustee's application to engage my law firm as special counsel on behalf of this estate. I am a member of the law firm of Fowler, Hein, Cheatwood & Williams, P.A. ("Fowler") located at 2970 Clairmont Road, Suite 200, Atlanta, GA 30329. The phone number is (404) 633-5114.

2. To the best of my knowledge:

    (a) All employees of Fowler are "disinterested persons" as defined by 11 U.S.C. §101(14) with respect to the above-named Debtor;

    (b) Neither I nor any employee of Fowler

      i. hold or represent an interest adverse to this Estate;

      ii. have had any business, professional or other connections with Debtor, Debtor's attorneys, or any party-in-interest in this case which would be adverse to this Estate;

      iii. are related to any Judge of this Court, nor so connected now or in the past with any Judge of this Court as to render such appointment of employment improper; or

      iv. have had any "connection" [as defined under Bankruptcy Rule 2014(a)] with Debtor, creditors, other parties-in-interest, their respective attorneys

and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

This 29 day of September, 2017.

/s/ J. Michael Williams
Georgia Bar Number 765209

Fowler, Hein, Cheatwood
& Williams, P.A.
2970 Clairmont Road, Suite 220
Atlanta, GA 30329
(404) 633-5114
(404) 325-9721 (fax)
E-Mail: mwilliams@apartmentlaw.com

Sworn to and subscribed before
me this 29 day of September, 2017.

/s/ Notary Public

My commission expires: February 27, 2018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all interested parties in the foregoing matter with a copy of the **Trustee's Application for Appointment of Special Counsel for the Trustee**, by depositing in the United States mail a copy of same in a properly addressed envelope with sufficient postage affixed thereon, addressed as shown on the attached Distribution List.

This 4th day of October, 2017.

/s/ W. Russell Patterson, Jr.
William Russell Patterson, Jr.
Georgia Bar No. 566920
Counsel for Trustee

Ragsdale, Beals, Seigler, Patterson & Gray LLP
2400 International Tower Peachtree Center
229 Peachtree Street, NE
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (Fax)
E-Mail: wrpjr@rbspg.com

# DISTRIBUTION LIST

United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Edwin K. Palmer
PO Box 1284
Decatur, GA 30031

J. Michael Williams
Fowler, Hein, Cheatwood & Williams P.A.
2970 Clairmont Road, Suite 220
Atlanta, GA 30329

Michael Lee Morgan
Angela Ellen Morgan
110 Addison Court
Roswell, GA 30075