**IT IS ORDERED as set forth below:**

**Date: October 12, 2017**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  16-68329-LRC |
| | ) | |
| MICHAEL LEE MORGAN  and | ) | CHAPTER 7 |
| ANGELA ELLEN MORGAN, | ) | |
| | ) | |
| Debtors. | ) | |

### O R D E R

Edwin K. Palmer filed an application on October 4, 2017  ( Doc No. 61) for employment of special counsel (the "Application").  No notice or hearing on the Application is necessary.  The Application and accompanying affidavit demonstrate that Fowler, Hein, Cheatwood & Williams, P.A. is a firm of attorneys qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified.  Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, the Application is granted.  Trustee is authorized to employ J. Mike Williams and Fowler, Hein, Cheatwood & Williams, P.A. as his special counsel during the Debtor's Chapter 7 case, subject to objection filed by the U. S. Trustee or any other party in interest on or before twenty one days from the

date of entry of this order. It is further

    ORDERED that compensation shall be paid to Fowler, Hein, Cheatwood & Williams, P.A. upon notice, hearing and approval by the court pursuant to 11 U.S.C. §§330 and 331 of an appropriately detailed application which complies with the Guidelines established by the U.S. Trustee.

**[END OF DOCUMENT]**

Prepared by:

*/s/ W. Russell Patterson, Jr.*
William Russell Patterson, Jr.
Georgia Bar No. 566920

Ragsdale, Beals, Seigler, Patterson & Gray LLP
2400 International Tower Peachtree Center
229 Peachtree Street, NE
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (Fax)
E-Mail: wrpjr@rbspg.com

                      Parties to be served:

William Russell Patterson, Jr.
Ragsdale Beals Seigler Patterson & Gray LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Edwin K. Palmer
PO Box 1284
Decatur, GA 30031

J. Michael Williams
Fowler, Hein, Cheatwood & Williams P.A.
2970 Clairmont Road, Suite 220
Atlanta, GA 30329

Michael Lee Morgan
Angela Ellen Morgan
110 Addison Court
Roswell, GA 30075